UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


RUDOLPH M. BROOKS, JR.,

      Plaintiff,

v.                                No.:   3:12-cv-640
                                       (Judge Phillips)


STATE OF TENNESSEE,

      Defendant.


## JUDGMENT ORDER


For the reasons stated in the court's Memorandum and Order, the court **ORDERS**

that this action is **DISMISSED** as frivolous and for failure to state a claim for relief.  The

court **CERTIFIES** that any appeal from this action would not be taken in good faith and

would be totally frivolous.

      **ENTER:**

                                            s/ Thomas W. Phillips
                                    United States District Judge



ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
   CLERK OF COURT